CASE NAME: LON MORRIS COLLEGE

CASE NUMBER: 12-60557

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party: Dawn Ragan

Title: Plan Agent

Date: 7-20-15

PREPARER:

Original Signature of Preparer

Printed Name of Preparer: Debbie Hamilton

Title: Comptroller (former)

Date: 7/10/2015

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: LON MORRIS COLLEGE

CASE NUMBER: 12-60557

QUARTER ENDING: June 30, 2015

| | | |
|---|---|---|
| 1 BEGINNING OF QUARTER CASH BALANCE: | | $1,130,156.87 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | $865.00 |
| (b). Cash receipts from loan proceeds | + | $0.00 |
| (c). Cash receipts from contributed capital | + | $0.00 |
| (d). Cash receipts from tax refunds | + | $0.00 |
| (e). Cash receipts from other sources | + | $0.00 |
| 2 TOTAL CASH RECEIPTS | = | $865.00 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | $0.00 |
| (2). Secured Creditors | + | $0.00 |
| (3). Priority Creditors | + | $0.00 |
| (4). Unsecured Creditors | + | $670,747.31 |
| (5). Additional Plan Payments | + | $0.00 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business | + | $10,777.65 |
| (2). Other Disbursements | + | |
| 3 TOTAL DISBURSEMENTS THIS QUARTER | | $681,524.96 |
| 4 CASH BALANCE END OF QUARTER | = | $449,496.91 |

**Capital One Bank**

Cycle Statement
Report Date 7/8/15

```
LON MORRIS COLLEGE                           ACCOUNT NUMBER    xxxxxx6193
DEBTOR IN POSSESSION CASE 12-60557           BEGINNING         04/01/15
600 COLLEGE                                  ENDING            04/30/15
JACKSONVILLE TX  75766

                                             ENCLOSURES               8

                                             SSN#/TAX ID   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
                                                 PAGE       1 OF     2


            BUSINESS ANALYZED CHECKING SUMMARY
PREVIOUS BALANCE                 1,110,078.87       AVG COLL BALANCE
   +    2   CREDITS/DEPOSITS           835.00          1,107,387.71
   -   12   DEBITS/CHECKS            3,933.55       YTD INTEREST PAID
   -        SERVICE CHARGES              .00                    .00
   +        INTEREST PAID                .00
ENDING BALANCE                   1,106,980.32


                    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION..........................REF NO
04/14        10.00 Customer Deposit                                  35750768
04/20       825.00 Customer Deposit                                  12403558

                              CHECKS
DATE..CHECK NO.........AMOUNT...REF NO   DATE..CHECK NO.........AMOUNT...REF NO
04/06   33642       500.00 30948370      04/08   33646        22.00  6396826
04/02   33643        60.00 38974726      04/08   33647       128.83 23728998
04/07   33644       158.13  5817756      04/06   33648     1,875.00 30933274
04/09   33645        65.28  6988682      04/08   33649       161.38 32480284

                          OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION..........................REF NO
04/01       300.01 Wire transfer withdrawal         040115
                   BridgePoint Cons ulting
                   150401054437H400
04/01         9.95 ACH Withdrawal                   040115
                   CAPITAL ONE MRCH DLY INT                    A15091007258118
                   LON MORRIS COLLEGE     000007700027642
04/13       312.98 Wire transfer withdrawal         041315
                   BridgePoint Cons ulting
                   150413054712H400
04/29       339.99 Wire transfer withdrawal         042915
                   BridgePoint Cons ulting
                   150429060004H400
```

```
LON MORRIS COLLEGE                          ACCOUNT NUMBER  XXXXXX6193
DEBTOR IN POSSESSION CASE 12-60557          BEGINNING           04/01/15
600 COLLEGE                                 ENDING              04/30/15
JACKSONVILLE TX   75766
                                            ENCLOSURES                 8

                                            SSN#/TAX ID    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
                                                PAGE       2 OF       2


        CUSTOMER BALANCE SUMMARY
        DATE.........BALANCE             DATE.........BALANCE
        03/31    1,110,078.87             04/09    1,106,798.29
        04/01    1,109,768.91             04/13    1,106,485.31
        04/02    1,109,708.91             04/14    1,106,495.31
        04/06    1,107,333.91             04/20    1,107,320.31
        04/07    1,107,175.78             04/29    1,106,980.32
        04/08    1,106,863.57
```

**Capital One Bank**

Cycle Statement
Report Date 7/8/15

```
LON MORRIS COLLEGE                         ACCOUNT NUMBER        6193
DEBTOR IN POSSESSION CASE 12-60557         BEGINNING       05/01/15
600 COLLEGE                                ENDING          05/31/15
JACKSONVILLE TX  75766
                                           ENCLOSURES             8

                                           SSN#/TAX ID   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
                                               PAGE    1 OF      2
```

```
              BUSINESS ANALYZED CHECKING SUMMARY
PREVIOUS BALANCE                  1,106,980.32        AVG COLL BALANCE
    +    1  CREDITS/DEPOSITS             20.00             925,252.01
    -   11  DEBITS/CHECKS           296,028.85        YTD INTEREST PAID
    -       SERVICE CHARGES               .00                     .00
    +       INTEREST PAID                 .00
ENDING BALANCE                      810,971.47
```

```
                      DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION..........................REF NO
05/19         20.00 Customer Deposit                                  42844166

                                CHECKS
DATE..CHECK NO.........AMOUNT...REF NO  DATE..CHECK NO.........AMOUNT...REF NO
05/19   33519       650.00 42523872     05/06    33653       500.00 45484358
05/05   33650        90.79 45439788     05/08    33654        65.28 38843666
05/07   33651       129.02  1641830     05/07    33655        22.00 45955196
05/06   33652       120.00 28936186     05/08    33656     1,450.00 38844222
PRECEDING CHECK NUMBERS MISSING

                              OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION..........................REF NO
05/01          9.95 ACH Withdrawal                    050115
                    CAPITAL ONE MRCH MERCH FEES              A15121003371955
                    LON MORRIS COLLEGE   000007700027642
05/13     292,502.93 Wire transfer withdrawal         051315
                    Ritcheson, Lauff er & Vince
                    150513104431H400
05/14        488.88 Wire transfer withdrawal          051415
                    BridgePoint Cons ulting
                    150514054126H400
```

```
LON MORRIS COLLEGE                          ACCOUNT NUMBER      6193
DEBTOR IN POSSESSION CASE 12-60557          BEGINNING           05/01/15
600 COLLEGE                                 ENDING              05/31/15
JACKSONVILLE TX  75766
                                            ENCLOSURES                8

                                            SSN#/TAX ID    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
                                                PAGE    2 OF      2


          CUSTOMER BALANCE SUMMARY
          DATE........BALANCE           DATE.........BALANCE
          04/30   1,106,980.32          05/08    1,104,593.28
          05/01   1,106,970.37          05/13      812,090.35
          05/05   1,106,879.58          05/14      811,601.47
          05/06   1,106,259.58          05/19      810,971.47
          05/07   1,106,108.56
```

**CapitalOne Bank**

Cycle Statement
Report Date 7/8/15

---

LON MORRIS COLLEGE
DEBTOR IN POSSESSION CASE 12-60557
600 COLLEGE
JACKSONVILLE TX  75766

ACCOUNT NUMBER  XXXXXX6193
BEGINNING    06/01/15
ENDING       06/30/15

ENCLOSURES             8

SSN#/TAX ID   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
PAGE      1 OF       1

### BUSINESS ANALYZED CHECKING SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 810,971.47 |
| + 1 CREDITS/DEPOSITS | | 10.00 |
| - 10 DEBITS/CHECKS | | 3,068.18 |
| - SERVICE CHARGES | | .00 |
| + INTEREST PAID | | .00 |
| ENDING BALANCE | | 807,913.29 |

AVG COLL BALANCE
   808,797.75
YTD INTEREST PAID
        .00

### DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | REF NO |
|---|---|---|---|
| 06/09 | 10.00 | Customer Deposit | 27147542 |

### CHECKS

| DATE | CHECK NO | AMOUNT | REF NO | DATE | CHECK NO | AMOUNT | REF NO |
|---|---|---|---|---|---|---|---|
| 06/11 | 33779 | 122.30 | 28116308 | 06/09 | 33783 | 1,850.00 | 26828986 |
| 06/08 | 33780 | 500.00 | 26126038 | 06/15 | 33784 | 65.28 | 20795510 |
| 06/15 | 33781 | 22.00 | 20817002 | 06/17 | 33786 | 67.00 | 30938902 |
| 06/05 | 33782 | 180.00 | 41865654 | 06/16 | 33787 | 98.00 | 2330838 |

PRECEDING CHECK NUMBERS MISSING

### OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | REF NO |
|---|---|---|---|---|
| 06/01 | 9.95 | ACH Withdrawal | 060115 | A15152006017813 |
| | | CAPITAL ONE MRCH MERCH FEES | | |
| | | LON MORRIS COLLEGE  000007700027642 | | |
| 06/18 | 153.65 | ACH Withdrawal | 061815 | A15168007599426 |
| | | Reliant Energy  0121D | | |
| | | LON MORRIS COLLEGE  000070635701 | | |

### CUSTOMER BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 810,971.47 | 06/11 | 808,319.22 |
| 06/01 | 810,961.52 | 06/15 | 808,231.94 |
| 06/05 | 810,781.52 | 06/16 | 808,133.94 |
| 06/08 | 810,281.52 | 06/17 | 808,066.94 |
| 06/09 | 808,441.52 | 06/18 | 807,913.29 |

| Date | Ck # | Payee | $ | Description of Invoice |
|---|---|---|---|---|
| 4/1/2015 | ACH | Capital One | 9.95 | Merchant fees 4/1/2015 |
| 4/1/2015 | wire | BridgePoint Consulting | 300.01 | March 1-15 2015 billing |
| 4/2/2015 | 33642 | Mark Johnson | 500.00 | April 2015 security |
| 4/2/2015 | 33643 | John Ross | 60.00 | Transcript/check signing |
| 4/2/2015 | 33644 | Reliant Energy | 158.13 | April 2015 electricity |
| 4/2/2015 | 33645 | City of Jacksonville-Water Dept | 65.28 | April 2015 water |
| 4/2/2015 | 33646 | East Texas Alarm | 22.00 | April 2015 alarm service |
| 4/2/2015 | 33647 | Verizon Southwest | 128.83 | April 2015 phone service |
| 4/2/2015 | 33648 | Deborah L Hamilton | 1,875.00 | March 2015 time |
| 4/2/2015 | 33649 | Panola County | 161.38 | property taxes -2012 |
| 4/13/2015 | wire | BridgePoint Consulting | 312.98 | March 31 2015 billing |
| 4/29/2015 | wire | BridgePoint Consulting | 339.99 | April 15 2015 billing #29321 |
| 5/1/2015 | ACH | Capital One | 9.95 | Merchant fees 5/1/2015 |
| 5/3/2015 | 33650 | Reliant Energy | 90.79 | May 2015 billing |
| 5/3/2015 | 33651 | Verizon Southwest | 129.02 | May 2015 billing |
| 5/3/2015 | 33652 | John R Ross | 120.00 | transcript signing/student academic record research |
| 5/3/2015 | 33653 | Mark Johnson | 500.00 | May 2015 security |
| 5/3/2015 | 33654 | City of Jacksonville | 65.28 | May 2015 billing |
| 5/3/2015 | 33655 | East Texas Alarm Company | 22.00 | May 2015 billing |
| 5/3/2015 | 33656 | Deborah L Hamilton | 1,450.00 | April 2015 |
| 5/13/2015 | wire | Ritcheson, Lauffer & Vince | 292,502.93 | Tilley - % of Insurance Distribution from Claim Schedule |
| 5/14/2015 | wire | BridgePoint Consulting | 488.88 | April 30 2015 billing |
| 5/22/2015 | 33657 | 202 Supplies | 352.97 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33658 | 413 Strengthgear, Inc. | 109.72 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33659 | A-1 Plumbing | 15,852.49 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33660 | AAA Sanitation, Inc. | 66.49 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33661 | ACT | 90.91 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33662 | AG-Power, Inc. | 11.31 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33663 | Alert Services, Inc. | 1,549.04 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33664 | All American Lighting | 134.12 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33665 | Allied Waste Services | 956.69 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33666 | Alpha Card | 54.60 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33667 | American Bug Patrol | 229.91 | % of Insurance Distribution from Claim Schedule |

| Date | Check # | Claim # | Payee | Amount | Description |
|---|---|---|---|---|---|
| 5/22/2015 | 33668 | | American Counsel on Education | 143.21 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33669 | | AT & T Mobility | 787.75 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33670 | | Athletic Supply, Inc. | 1,331.71 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33671 | | Atlanta Thread & Supply Co. | 167.87 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33672 | | AVG Technologies USA, Inc. | 465.04 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33673 | | B&B Athletic Supply | 3,861.04 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33674 | | B&D Fire & Safety Inc. | 488.16 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33675 | | B&H Photo | 120.09 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33676 | | Balfour | 32.68 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33677 | | Baxter Sales Company | 102.96 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33678 | | Birch Communications, Inc. | 1,030.64 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33679 | | Blazer Mechanical Services | 276.94 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33680 | | BMI Supply | 124.38 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33681 | | Bobby's Tire & Auto | 109.24 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33682 | | Budgetext Corp. | 1,542.33 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33683 | | California First Leasing | 50,171.48 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33684 | | Castle Branch, Inc. | 32.76 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33685 | | Center Point Energy | 1,009.45 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33686 | | Cherokeean Herald | 23.87 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33687 | | Chevron and Texaco Business Card Ser | 127.89 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33688 | | City of Jacksonville Water | 2,995.99 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33689 | | CKS Wireless, Inc. | 758.17 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33690 | | CMS Communications, Inc. | 98.19 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33691 | | Collins Sports Medicine | 840.62 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33692 | | Creative Graphics | 112.26 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33693 | | Dell Marketing L.P. | 2,504.65 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33694 | | Deluxe Business Forms & Supplies | 55.05 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33695 | | East Texas Rural Electric Youth Semina | 610.64 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33696 | | ECMC Solutions, Inc. | 245.70 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33697 | | Encore Multimedia | 468.00 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33698 | | Exxon Fleet Services (Wright Express F | 839.50 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33699 | | Federal Express | 106.67 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33700 | | Follett Higher Education Group | 234.00 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33701 | | Follett Virtual Bookstore | 10,126.91 | % of Insurance Distribution from Claim Schedule |

| Date | Check # | Payee | Amount | Description |
|---|---|---|---|---|
| 5/22/2015 | 33702 | Freedom Mechanical | 73.13 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33703 | GE Capital c/o Ricoh USA Program (GE | 1,841.18 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33704 | General Board of Higher Education | 29,250.29 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33705 | General Board of Higher Education Exe | 140.40 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33706 | Gibson Signs | 203.47 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33707 | Goodwin - Lasiter, Inc. | 211.44 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33708 | Grace Devereux Guinn Estate | 173.80 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33709 | Grande Sports Electronics | 799.70 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33710 | Great American T-Shirt Company | 51.83 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33711 | GTM Sportswear | 218.85 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33712 | Hagar Restaurant Service LLC | 12.11 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33713 | Hamilton Supply | 22.08 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33714 | Harris County Tollroad Authority | 55.58 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33715 | Hawkes Learning Systems (Emily Cook) | 2,511.90 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33716 | HVAC Building Services, Inc. | 39.71 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33717 | Innovative Office Products, Inc. | 168.48 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33718 | Isaacs Wrecker Service | 54.03 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33719 | J&R Corporate Sales | 28.08 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33720 | Jack Nelson | 2,961.87 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33721 | Jacksonville Chamber of Commerce | 35.10 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33722 | Jacksonville Daily Progress | 58.50 | % of Insurance Distribution from Claim Schedule |

| Date | Check # | Payee | Amount | Description |
|---|---|---|---|---|
| 5/22/2015 | 33736 | O'Reilly Auto Parts | 3.74 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33737 | Office Depot Credit Plan | 17.71 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33738 | Panola County | 158.93 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33739 | Parker Sports | 269.10 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33740 | Pearson Education Inc. | 5.15 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33741 | Pennell & Associates, Inc. | 729.21 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33742 | Phi Theta Kappa | 134.49 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33743 | Piney Woods Glass & Mirror | 33.35 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33744 | Pioneer College Caterers, Inc. | 67,048.10 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33745 | Pitney Bowes Global Financial Services | 223.48 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33746 | Pitney Bowes Inc. | 396.45 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33747 | Pitney Bowes Purchase Power | 1,693.43 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33748 | Reliant Energy | 12,092.29 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33749 | Richards & Penn, LLC | 149.14 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33750 | Riddell All American (All American Spo | 5,311.08 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33751 | Rollins Lawn & Landscaping Co. | 92.43 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33752 | Samuel French, Inc. | 63.29 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33753 | School Health Corporation | 174.75 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33754 | Southeastern Freight Lines, Inc. | 110.63 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33755 | Southern Computer Warehouse | 39.27 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33756 | Spirit Innovations | 134.47 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33757 | Stanley Financial Services | 790.12 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33758 | Stanley Security Solutions | 354.87 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33759 | Stuart Farm & Ranch Supply | 164.97 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33760 | Suddenlink Business | 2,359.43 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33761 | Tag Up | 26.65 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33762 | Taylor Publishing Company dba Balfou | 1,999.97 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33763 | TeamLine Sporting Goods | 1,549.91 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33764 | Tennison's Foster Saw & Repair | 7.02 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33765 | Texas Star Engraving | 35.80 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33766 | The Learning House, Inc. | 1,386.46 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33767 | Theatre Communications Group | 33.35 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33768 | ThyssenKrupp Elevator Corporation | 220.60 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33769 | Tidwell Sports Etc. (George Tidwell) | 801.16 | % of Insurance Distribution from Claim Schedule |

| Date | Check # | Payee | Amount | Description |
|---|---|---|---|---|
| 5/22/2015 | 33770 | Tobler Air Inc. | 444.60 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33771 | Toledo Automotive Supply | 2.40 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33772 | Tuxedo Wholesaler | 48.81 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33773 | TX Annual Conf. of UMC | 120,073.65 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33774 | Valero Marketing & Supply Company | 757.42 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33775 | Varsity Spirit Fashions | 1,819.09 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33776 | Verizon Southwest | 1,966.39 | % of Insurance Distribution from Claim Schedule |
| 5/22/2015 | 33777 | Visa - SSB (Southern Bank) | 2,383.57 | % of Insurance Distribution from Claim Schedule |
| 6/1/2015 | ACH | Capital One | 9.95 | Merchant fees 6/1/2015 |
| 6/3/2015 | 33778 | Reliant Energy | 153.65 | June 2015 billing |
| 6/3/2015 | 33779 | Verizon Southwest | 122.30 | June 2015 billing |
| 6/3/2015 | 33780 | Mark Johnson | 500.00 | June 2015 billing |
| 6/3/2015 | 33781 | East Texas Alarm Company | 22.00 | June 2015 billing |
| 6/3/2015 | 33782 | John Ross | 180.00 | signature on transcripts/claim dist checks |
| 6/3/2015 | 33783 | Deborah L Hamilton | 1,850.00 | May 2015 time |
| 6/3/2015 | 33784 | City of Jacksonville Water | 65.28 | June 2015 billing |
| 6/3/2015 | 33785 | David May | 250.00 | tree damage/removal |
| 6/3/2015 | 33786 | Progressive | 67.00 | balance of auto policy |
| 6/3/2015 | 33787 | U S Post Office | 98.00 | stamps |

Quarter #2 2015 TOTAL    680,874.96

| Date | Amount | Descript | Bank Account |
|---|---|---|---|
| 4.14.2015 | 10.00 | transcript fees | Capital One Operating Account |
| 4.20.2015 | 825.00 | Damiani AR balance due | Capital One Operating Account |
| 5.19.2015 | 20.00 | transcript fees | Capital One Operating Account |
| 6.9.2015 | 10.00 | transcript fees | Capital One Operating Account |

**865.00 Quarter 1 2015 Cash Receipts**